IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

October 18, 2019

PHYLIS HEID,                              )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D18-737
                                          )
FLORIDA INSURANCE GUARANTY                )
ASSOCATION,                               )
                                          )
            Appellee.                     )
_____ )

BY ORDER OF THE COURT:

        The opinion issued on October 11, 2019, is withdrawn.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL, CLERK